UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:12-00219-4 |
| | ) | JUDGE SHARP |
| CHRISTINA LANDRUM | ) | |
| | ) | |

### O R D E R

Pending before the Court is the Motion to Continue Ms. Landrum's Sentencing Hearing (Docket No. 151) to which the Government does not oppose.

The motion is GRANTED and the sentencing hearing set for Monday, September 16, 2013, is hereby rescheduled for Thursday, October 3, 2013, at 2:30 p.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE